**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE VLADIMIR GUSINSKY REV. TRUST, On Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GIGPEAK, INC., AVI KATZ, NEIL J. MIOTTO, KIMBERLY D.C. TRAPP, JOSEPH J. LAZZARA, JOHN J. MIKULSKY, FRANK W. SCHNEIDER, INTEGRATED DEVICE TECHNOLOGY, INC., and GLIDER MERGER SUB, INC.,<br><br>    Defendants. | Case No. 1:17-cv-00241-VAC-SRF<br><br>CLASS ACTION |

**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S
COUNSEL'S APPLICATION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES**

WHEREAS, on April 11, 2017, the parties submitted a Stipulation and Proposed Order Concerning Plaintiff's Voluntary Dismissal of the Above Action and Plaintiff's Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses (D.I. #4) (the "Mootness Dismissal Stipulation");

WHEREAS, the Court so ordered the Mootness Dismissal Stipulation on May 1, 2017;

WHEREAS, subsequent to the filing of the Mootness Dismissal Stipulation, the parties have engaged in arm's-length discussions regarding a potential resolution of the Mootness Fee Petition;

WHEREAS, no class has been certified in the Action;

WHEREAS, the parties reached agreement with respect to payment of attorneys' fees and expenses; and

WHEREAS, the parties have agreed that Integrated Device Technology, Inc., on behalf of Defendants, will pay the agreed-upon fees and expenses within seven (7) business days of the entry of an order closing this case.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties:

1. The Court will no longer retain jurisdiction over this action; and
2. This action is closed for all purposes.

Dated: May 15, 2017

| **RIGRODSKY & LONG, P.A.** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| By: */s/ Brian D. Long* <br> Seth D. Rigrodsky (#3147) <br> Brian D. Long (#4347) <br> Gina M. Serra (#5387) <br> 2 Righter Parkway, Suite 120 <br> Wilmington, DE 19803 <br> Tel.: (302) 295-5310 <br> Fax: (302) 654-7530 <br> Email: sdr@rl-legal.com <br> Email: bdl@rl-legal.com <br> Email: gms@rl-legal.com <br><br> **RM LAW, P.C.** <br> Richard A. Maniskas <br> 1055 Westlakes Drive, Suite 3112 <br> Berwyn, PA 19312 <br> Tel.: (484) 324-6800 <br><br> *Attorneys for Plaintiff* | By: */s/ Raymond J. DiCamillo* <br> Raymond J. DiCamillo (#3188) <br> 920 North King Street <br> Wilmington, Delaware 19801 <br> Tel: (302) 651-7700 <br> Fax: (302) 498-7701 <br> Email: dicamillo@rlf.com <br><br> *Attorneys for Defendants Gigpeak, Inc., Avi Katz, Neil J. Miotto, Kimberly D.C. Trapp, Joseph J. Lazzara, John J. Mikulsky, Frank W. Schneider, Integrated Device Technology, Inc., and Glider Merger Sub, Inc.* |

SO ORDERED this _____ day of _____, 2017

_____
Honorable Sherry R. Fallon
United States District Court Magistrate Judge